IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO.: CR206-05 |
| ERVIN SINGLETON | : |

### ORDER

By Order dated March 21, 2006, the Court granted Defendant's motion for a psychiatric examination and directed that said examination be completed by April 30, 2006. The Court has now received a request from the Warden at the Federal Medical Center in Lexington, Kentucky, seeking to extend the time to complete the examination. Accordingly, the March 21, 2006 Order is amended to provide that the examination of Defendant shall be completed by June 16, 2006, and the report will be available by July 7, 2006.

**SO ORDERED**, this 2nd day of May, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)