IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO.: CR206-05 |
| | : |
| ERVIN SINGLETON | : |

## ORDER FOR PSYCHIATRIC EXAMINATION

Defendant, Ervin Singleton, is presently incarcerated and through counsel has moved this Court for a psychiatric examination. This motion is **GRANTED**. There appearing reasonable cause to believe that there is a substantial question as to the mental competency of the Defendant,

**IT IS HEREBY ORDERED** that Dr. David J. Faulk of 1626 Frederica Road, Suite 201, St. Simons Island, Georgia, conduct an evaluation to determine the mental condition of the Defendant, pursuant to Title 18, United States Code, Sections 4241 and 4242. Ervin Singleton is directed to cooperate and comply with all scheduled appointments as deemed necessary by Dr. Faulk in order to complete the mental evaluation. The evaluation is to be performed on August 25, 2006, at the Glynn County Detention Center, Brunswick, Georgia. The fee for said evaluation is $425.00. If Dr. Faulk is required to testify at a hearing additional fees shall be authorized. Dr. Faulk shall be provided with the following records:

1. Forensic Report prepared by the Federal Medical Center, Lexington, Kentucky;

2. Indictment, United States v. Ervin Singleton, United States District Court, Southern District of Georgia, Brunswick Division;

3. Pretrial Services Report, submitted by Fonda Dixon, United States Probation Officer, dated March 2, 2006;

4. Copy of NCIC Criminal History Printout;

5. Medical Records, Georgia Regional Hospital at Savannah, dated May 2, through May 9, 2005, February 5, through February 7, 2005, and January 18, through January 21, 2005; and

6. Medical Records, Southeast Georgia Health System, Brunswick Campus, dated September 27, 1999, through May 25, 2005.

The Pretrial Services Report, the NCIC Criminal History Printout, Medical Records of Georgia Regional Hospital and Medical Records of Southeast Georgia Health System **shall be kept confidential.**

IT IS FURTHER ORDERED that Dr. Faulk shall make a written report of his findings as soon as practicable to Honorable James E. Graham, United States Magistrate Judge, United States District Court, Southern District of Georgia, Post Office Box 250, Brunswick, Georgia 31521, to Assistant United States Attorney Brian F. McEvoy, Office of the United States Attorney, Post Office Box 8970, Savannah, Georgia 31412, and to defense counsel C. Darrell Gossett, 1601 Reynolds Street, Brunswick, Georgia, 31520.

The examiner shall prepare a report which shall include

1. Defendant's history and present symptoms; and

2. A description of the psychiatric, psychological, and medical tests that were employed and their results; and

3. The examiners' findings; and

4. The examiners' opinions as to diagnosis, prognosis, and

(A)  Whether Defendant Singleton is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and

(B)  Whether Defendant Singleton during June, 2005, was in possession of mental faculties sufficient to distinguish between right and wrong and to comprehend the nature and quality of the acts which form the factual basis of the offenses for which he is charged.

**SO ORDERED**, this 25th day of August, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

3

AO 72A
(Rev. 8/82)