FILED
U.S. DISTRICT COURT
2006 DEC -1  A 9:36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA          :
                                  :
                                  :
v.                                :   CASE NO.: CR206-05
                                  :
                                  :
ERVIN SINGLETON                   :

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no Objections have been filed. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendant Ervin Singleton is competent to stand trial.

**SO ORDERED**, this ___1___ day of ___Dec._____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)