IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 16 A 11: 21

CLERK Caleel

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.: CR206-05 |
| | : | |
| ERVIN SINGLETON | : | |

### ORDER

The Court has been advised that Defendant's Motion to Suppress Evidence has been resolved. Accordingly, said motion is **dismissed**.

SO ORDERED, this 16th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)