IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO.: CR206-05 |
| ERVIN SINGLETON | : |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's determination that the statements made by Defendant during his June 13, 2005 arrest should not be suppressed. Defendant has filed Objections (Doc. No. 45) to the Magistrate Judge's Report and Recommendation (Doc. No. 42), in which he appears to assert that his arrest somehow constituted an illegal seizure under the Fourth Amendment. However, the Magistrate Judge's Report and Recommendation was made in reference to Defendant's Motion for an evidentiary hearing to determine the admissibility of statements Defendant made during his arrest. The Magistrate Judge found no evidence that Defendant's statements were in response to interrogation for purposes of Miranda v. Arizona, 384 U.S. 436, 86 S. Ct. 1602, 1612, 16 L. Ed. 2d 694 (1966), and also that the statements were wholly voluntary in accordance with Defendant's right to Due Process under the Fourteenth Amendment. There was no evidence presented that the warrant upon which Defendant's arrest was based was in any way illegal, nor was the legality of the arrest an issue presented to the Court. The various cases that Defendant cites in his Objections are cases in which otherwise

AO 72A
(Rev. 8/82)

voluntary statements were suppressed because they were tainted by an initial arrest that was illegal. These cases are simply inapplicable to the facts presented to the Court on Defendant's Motion.

Defendants Objections are without merit. Accordingly, the Magistrate Judge's Report and Recommendation is hereby adopted as the opinion of this Court. The statements made by Defendant during his June 13, 2005 arrest are admissible.

**SO ORDERED** this 23 day of February, 2007.

Anthony V. Alaimo
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA