# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

UNITED STATES OF AMERICA     *
                                      *
     v.                           *          CR 206-005
                                        *
ERVIN SINGLETON               *

## O R D E R

On March 11, 2016, Defendant Ervin Singleton filed a "Motion for Transcript and Case Record." Singleton states that the transcript and case record are needed for his preparation in seeking post-conviction relief. (Doc. 103, at 1.) However, an *in forma pauperis* habeas petitioner is only entitled to receive a free transcript _if_ the trial judge certifies that a habeas petition is not frivolous and the transcript is needed to decide the issues presented. 28 U.S.C. § 753(f); see also Hansen v. United States, 956 F.2d 245, 248 (11th Cir. 1992); Walker v. United States, 424 F.2d 278, 278-79 (5th Cir. 1970) (stating that "[a] federal prisoner is not entitled to obtain copies of court records at Government expense for the purpose of searching the record for possible error"). Here, Singleton does not have a pending habeas proceeding in this Court. Accordingly, this Court cannot make the necessary certification to allow transcripts

at the Government's expense.

Moreover, the Court notes that Singleton has already filed a post-conviction petition under 28 U.S.C. § 2255. In order to bring another § 2255 motion, Singleton must move the Eleventh Circuit Court of Appeals for an order authorizing this Court to consider a second or successive § 2255 motion. See 28 U.S.C. §§ 2255, 2244(b)(3). Until Singleton acquires the necessary authorization to bring a successive § 2255 motion from the Court of Appeals, this Court has no cause to find any request for documents in this case necessary to a legal proceeding in this Court.

Upon the foregoing, Singleton's "Motion for Transcript and Case Record (doc. 103) is **DENIED**.[1]

**ORDER ENTERED** at Augusta, Georgia, this _____ day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE

---

[1] If Singleton wishes to pay for a transcript, he should send payment to and make arrangements with the court reporter. Likewise, Singleton may pay the Clerk's office for any copies made at his request.