IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CR 206-005 |
| ERVIN SINGLETON | * | |

**O R D E R**

On August 8, 2016, this Court received Defendant Ervin Singleton's "Motion Request for Clemency Pardon." Upon due consideration, this motion (doc. 105) is **DENIED** for the reasons stated in the Government's response in opposition filed on August 17, 2016.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of August, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA