IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA    *
                            *
v.                          *        CR 206-005
                            *
ERVIN SINGLETON             *

O R D E R

Upon consideration of Defendant Ervin Singleton's motion for early release from state custody, the motion (doc. 122) is **DENIED** for the reasons appearing in this Court's prior Orders of March 11, 2019, September 6, 2019 and September 20, 2019.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of July, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA