IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 206-005 |
| | * | |
| ERVIN SINGLETON | * | |

O R D E R

In the captioned matter, Defendant Ervin Singleton has filed his fifth motion seeking modification of his sentence. All prior motions were filed while Defendant has been in state custody. All of the motions have been denied. (Docs. 116, 119, 121 & 124.) As Defendant's time in state custody is drawing to a close, he now seeks to have this Court terminate all federal charges and elimate his federal detainer. (Doc. 125.) Defendant also asserts vague obligations of fraud. (Id.)

As it appears that Defendant is now focusing on his federal sentence, the Court hereby notifies Defendant that a district court may not modify a sentence once it has been imposed with only three exceptions. See 18 U.S.C. § 3582(c). Under the first exception, a court may entertain a motion for release under certain extraordinary and compelling circumstances. 18 U.S.C. § 3582(c)(1)(A). The second exception references Rule 35 of the Federal Rules of Criminal Procedure, which allows modification

upon motion from the Government for substantial assistance or to correct a computational error within fourteen days of sentencing. 18 U.S.C. § 3582(c)(1)(B). Finally, under the third exception a court may reduce a sentence that was "based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 944(o)." 18 U.S.C. § 3582(c)(2). Defendant has not established any of these grounds for relief. Accordingly, his current motion for sentence relief (doc. 125) is **DENIED**. Further, if Defendant cannot establish that he falls within one of the above-stated exceptions, any future motions for modification of his federal sentence will be summarily denied.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of October, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA